IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHELLE D. DOWNS,<br>　on behalf of herself and<br>　all others similarly situated<br><br>　　　　Plaintiff,<br>v.<br><br>MCLEOD EXPRESS LLC,<br>and MARK R. MCLEOD,<br>　an individual.<br><br>　　　　Defendants. | )<br>)<br>)<br>)  Case No. 16-cv-2060<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

The parties to the above captioned action, by their respective counsel, hereby stipulate to the dismissal of this action with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all matters in controversy between the parties having been settled. Each party shall bear its own attorneys' fees and costs in this matter.

By: s/James A. Devine

James A. Devine
Attorney at Law
607 East Adams, Suite 1510
Springfield, Illinois 62701
Voice:　　(217) 788-0798
Facsimile:　(217) 788-1660
email:　　jamesalbertdevine@gmail.com
ARDC No. 0625140

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Voice:　　(217) 522-3445
Facsimile:　217) 522-8234
Email:　　jab@bbklegal.com
ARDC No. 6244334

*ATTORNEYS FOR PLAINTIFF*

By: s/James T. Spolyar

James T. Spolyar
Scopelitis Garvin Light Hanson & Feary
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Voice:　　(317) 637-1777
Facsimile:　(317) 687-2414
Email:　　jspolyar@scopelitis.com
*Pro hac vice/* #26604-53

Adam C. Smedstad
Scopelitis Garvin Light Hanson & Feary
30 W. Monroe Street, Suite 600
Chicago, IL 60603
Voice:　　(312) 255-7200
Facsimile:　(312) 422-1224
Email:　　asmedstad@scopelitis.com
ARDC No. 6210102

*ATTORNEYS FOR DEFENDANTS*

4828-9143-3024, v. 2